1  ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
2  Designated Counsel for Service
1430 Willamette Street, Suite 492
3  Eugene, Oregon 97401-4049
Telephone: (541) 344-1785
4
Counsel for Defendant
5  MICHAEL MAIER

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:08-CR-0103 AWI
                                       )
12              *Plaintiff*,           )
                                       )   STIPULATION TO CONTINUE
13       v.                            )   MOTIONS HEARING, AND ORDER
                                       )   THEREON
14  MICHAEL MAIER,                     )
                                       )
15              *Defendant*.           )   Date:  October 14, 2008
                                       )   Time:  9:00  a.m.
16  _____)   Judge: Honorable Anthony W. Ishii

17

18

19                            **STIPULATION**

20       It is hereby stipulated by and between the parties hereto that the hearing on motions in the above

21  entitled matter previously set for September 2, 2008, be continued to **October 14, 2008, at 9:00 a.m.**

22       The reason for this continuance is to allow counsel for defendant time for further preparation.

23       The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

24  (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

25  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the

26  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due

27  diligence.

28  ///

1

2

McGREGOR W. SCOTT
United States Attorney

3

4     DATED: August 26, 2008                    By:     /s/ David L. Gappa
                                                        DAVID L. GAPPA
5                                                       Assistant U.S. Attorney
                                                        Attorney for Plaintiff
6

7

8     DATED: August 26, 2008                    By:     /s/ Robert W. Rainwater
                                                        ROBERT W. RAINWATER
9                                                       Assistant Federal Defender
                                                        Attorney for Defendant
10                                                      Robert Clovis Cox

11

12

13

14                                      **ORDER**

15          IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).

16    For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best

17    interest of the public and the defendants in a speedy trial.

18

19    IT IS SO ORDERED.

20    **Dated:    August 27, 2008**                      **/s/ Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28