1  ROBERT W. RAINWATER, CA. Bar No. 67212
   Rainwater Law Group
2  Designated Counsel for Service
   1430 Willamette Street, Suite 492
3  Eugene, Oregon 97401-4049
   Telephone: (541) 344-1785
4
   Counsel for Defendant
5  MICHAEL MAIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-0103 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | MOTIONS HEARING, AND ORDER |
| | ) | THEREON |
| MICHAEL MAIER, | ) | |
| | ) | |
| Defendant. | ) | Date:  October 27, 2008 |
| | ) | Time:  9:00 a.m. |
| | ) | Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the hearing on the motions in the above entitled matter previously set for October 14, 2008, be continued to **October 27, 2008, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

```
                                            McGREGOR W. SCOTT
                                            United States Attorney
```

DATED: September 26, 2008          By:   /s/ David L. Gappa
                                         DAVID L. GAPPA
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


DATED: September 26, 2008          By:   /s/ Robert W. Rainwater
                                         ROBERT W. RAINWATER
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         Michael Maier


## ORDER

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.


IT IS SO ORDERED.

**Dated:   October 6, 2008**                   /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE