ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
Designated Counsel for Service
1430 Willamette Street, Suite 492
Eugene, Oregon 97401-4049
Telephone: (541) 344-1785

Attorney for Defendant
MICHAEL MAIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00103 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE AND ORDER THEREON |
| MICHAEL MAIER, | ) | |
| Defendant. | ) | Judge: Honorable Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, David Gappa, Assistant United States Attorney, counsel for Plaintiff, and Robert W. Rainwater, Assistant Federal Defender, counsel for Defendant, that the conditions of pretrial release for defendant Michael Maier shall be modified as follows:

1) You shall participate in a program of medical or psychiatric treatment as directed by the Pretrial Services Officer and/or the Probation Officer.

All the other conditions of release set by the court in the order setting conditions of release dated April 4, 2008, are to remain in full force and effect.

DATED: October 27, 2008

MCGREGOR W. SCOTT
United States Attorney

  /s/ David Gappa
David Gappa

                                        Assistant United States Attorney
Attorneys for PLAINTIFF

DATED: October 27, 2008

                                        ROBERT W. RAINWATER

                                        /s/ Robert W. Rainwater
                                        Robert W. Rainwater
Attorneys for Michael Maier

# **O R D E R**

IT IS SO ORDERED.

    **Dated:   October 29, 2008**                  **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE