UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Michael Maier

Docket No. 08cr103 AWI


FILED
JAN 21 2009
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**COMES NOW** Jacob M. Scott, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Michael Maier, who was placed on bond by the Honorable Dennis L. Beck, U.S. Magistrate Judge, sitting in the Court at Fresno, California, on the 2nd day of April, 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Receipt or Distribution of Materials Involving the Sexual Exploitation of Minors and Possession of Materials involving the Sexual Exploitation of Minors

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On or about January 8, 2009, the defendant was accessing the internet on a computer without prior permission from pretrial services officer.

**PRAYING THAT THE COURT WILL ORDER** a bond violation hearing occur on February 6, 2009, at 1:30p.m.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Jacob M. Scott

Jacob M. Scott
Pretrial Services Officer
DATE: January 21, 2009

## ORDER

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

__X__ The Court hereby orders this matter placed on this court's calendar on __2/6/2009__, at __1:30__ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this __21__ day of __Jan__, 20__09__, and ordered filed and made a part of the records in the above case.

U.S. Magistrate Judge/U.S. District Judge

rev. 3/93

**BOND CONDITIONS:**

1. You shall be released on your personal recognizance;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

5. Your travel is restricted to Western District of Wisconsin and the Eastern District of California, unless otherwise approved in advance by the Pretrial Services Officer;

6. You shall refrain from ANY use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

7. Participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring at your own expense. **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer;

8. You shall not possess a firearm, destructive device, or other dangerous weapon.

9. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

10. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the Pretrial Services Officer;

11. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the Pretrial Services Officer;

12. The Pretrial Services Officer shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities;

13. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

14. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

15. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18; and,

16. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations.