1 ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
2 Designated Counsel for Service
1430 Willamette Street, Suite 492
3 Eugene, Oregon 97401-4049
Telephone: (541) 344-1785
4
Attorney for Defendant
5 MICHAEL MAIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0103 AWI |
|---|---|---|
| Plaintiff, | ) ) | DEFENDANT'S REQUEST FOR NONCUSTODIAL TRANSPORTATION AND |
| v. | ) ) | SUBSISTENCE EXPENSES AND ORDER THEREON |
| MICHAEL MAIER, | ) ) | |
| Defendant. | ) ) ) | Judge: Honorable Anthony W. Ishii |

    Defendant, Michael Maier, by and through his attorney of record, hereby moves for an order directing the United States Marshal to arrange for his noncustodial transportation and expenses from West Salem, Wisconsin to Fresno, California, pursuant to Title 18, United States Code, Section 4285. Mr. Maier's was previously determined by the court to be financial unable to afford counsel and was appointed counsel by the court on April 1, 2008. Mr. Maier is currently financial inability to provide the necessary transportation to appear before this magistrate court for a hearing on the conditions of his pretrial release on his own. He is currently living in West Salem, Wisconsin with his father, being supervised by pretrial

Request for Transportation and Proposed Order

1  services, and unemployed for at least the last 4 months, therefore he does not have the financial means to
2  travel to Fresno, California from West Salem, Wisconsin.
3  Dated:  January 16, 2009
4                                                                        Respectfully submitted,

7                                                                        /s/    Robert W. Rainwater
                                                                         ROBERT W. RAINWATER
8                                                                        Attorney for Michael Maier

1  ROBERT W. RAINWATER, CA. Bar No. 67212
   Rainwater Law Group
2  Designated Counsel for Service
   1430 Willamette Street, Suite 492
3  Eugene, Oregon 97401-4049
   Telephone: (541) 344-1785
4
   Attorney for Defendant
5  MICHAEL MAIER

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )   NO. 1:08-cr-0103 AWI
11                                    )
              *Plaintiff,*            )   ORDER FOR NONCUSTODIAL
12                                    )   TRANSPORTATION AND SUBSISTENCE
         v.                           )   EXPENSES
13                                    )
   MICHAEL MAIER,                     )
14                                    )
              *Defendant.*            )
15                                    )   Judge: Honorable Anthony W. Ishii
                                      )
16 _____

17                                  **ORDER**

18     IT IS ORDERED, that pursuant to Title 18, United States Code, Section 4285, the United States

19 Marshal be ordered to arrange for Mr. Michael Maier's means of noncustodial transportation or furnish the

20 fare for such transportation as well as furnish Mr. Maier with an amount of money for subsistence

21 expenses from West Salem, Wisconsin to Fresno, California. Defendant currently resides at N4571

22 County Road M, West Salem, Wisconsin 54669. His telephone number is 608-786-4956.

23
   IT IS SO ORDERED.
24
      **Dated:   January 30, 2009**            **/s/ Anthony W. Ishii**
25                                          CHIEF UNITED STATES DISTRICT JUDGE

26

27

28

Request for Transportation and Proposed Order