1   ROBERT W. RAINWATER, CA. Bar No. 67212
    Rainwater Law Group
2   Designated Counsel for Service
    1430 Willamette Street, Suite 492
3   Eugene, Oregon 97401-4049
    Telephone: (541) 344-1785
4

5   Attorney for Defendant
    MICHAEL MAIER

6

7

8                IN THE UNITED STATES DISTRICT COURT

             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11   UNITED STATES OF AMERICA,     )   NO. 1:08-cr-0103 AWI
                         )
12           *Plaintiff,*    )   DEFENDANT'S REQUEST FOR
                         )   NONCUSTODIAL TRANSPORTATION AND
13       v.                 )   SUBSISTENCE EXPENSES AND PROPOSED
                         )   ORDER THEREON
14   MICHAEL MAIER,           )
                         )
15           *Defendant.*   )   Judge: Honorable Anthony W. Ishii
                         )
16   _____)

17        Defendant, Michael Maier, by and through his attorney of record, hereby moves for an order

18   directing the United States Marshal to arrange for his noncustodial transportation and expenses from West

19   Salem, Wisconsin to Fresno, California, pursuant to Title 18, United States Code, Section 4285.

20   Transportation is necessary for Mr. Maier to attend his court hearing on June 29, 2009 at 9:00 a.m. Mr.

21   Maier's was previously determined by the court to be financial unable to afford counsel and was appointed

22   counsel by the court on April 1, 2008. Mr. Maier is currently financial unable to provide the necessary

23   transportation to appear before the court for a trial confirmation hearing. It is anticipated that Mr. Maier

24   will plea guilty to one of the counts in the indictment and, because of the nature of the charges, he will be

25   remanded to the custody of the United States Marshall's pending sentencing. He is currently living in

26   West Salem, Wisconsin with his father, being supervised by pretrial services. At this time, because of

27

28   Request for Transportation and Order

1  living expenses, he has $30 in assets, which is insufficient to pay for his transportation to Court.

2  Therefore, he does not have the financial means to travel to Fresno, California from West Salem,

3  Wisconsin on his own.

4  Dated:  June 18, 2009

5                                          Respectfully submitted,

6

7

8                                          /s/   Robert W. Rainwater
                                           ROBERT W. RAINWATER
9                                          Attorney for Michael Maier

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
2 | Designated Counsel for Service
1430 Willamette Street, Suite 492
3 | Eugene, Oregon 97401-4049
Telephone: (541) 344-1785
4 |
Attorney for Defendant
5 | MICHAEL MAIER

6 |

7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,      )      NO. 1:08-cr-0103 AWI
                                  )
12 |              *Plaintiff,*     )      ORDER FOR NONCUSTODIAL
                                  )      TRANSPORTATION AND SUBSISTENCE
    |      v.                     )      EXPENSES
13 |                              )
    | MICHAEL MAIER,              )
14 |                              )
    |              *Defendant.*    )
15 |                              )      Judge: Honorable Anthony W. Ishii
                                  )
16 | ————————————————————————————  )

17 |                              **ORDER**

18 |          IT IS ORDERED, that pursuant to Title 18, United States Code, Section 4285, the United States

19 | Marshal be ordered to arrange for Mr. Michael Maier's means of noncustodial transportation or furnish the

20 | fare for such transportation as well as furnish Mr. Maier with an amount of money for subsistence

21 | expenses from West Salem, Wisconsin to Fresno, California. The travel is for the purpose of attending a

22 | court hearing on June 29, 2009 at 9:00 a.m. Defendant currently resides at N4571 County Road M, West

23 | Salem, Wisconsin 54669.  His telephone number is 608-786-4956.

24 |

25 | IT IS SO ORDERED.

26 | **Dated:     June 19, 2009**          _____/s/ Anthony W. Ishii_____
                                          CHIEF UNITED STATES DISTRICT JUDGE

27 |

28 |

Request for Transportation and Order