```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  DAVID L. GAPPA
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Suite 4401
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8                UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    CR. NO. F-08-00103 AWI
                                 )
12              Plaintiff,       )    STIPULATION AND ORDER
                                 )    REGARDING MANDATORY
13       v.                      )    RESTITUTION
                                 )
14                               )
    MICHAEL MAIER,               )    HON:   Anthony W. Ishii
15                               )
                                 )
16              Defendant.       )
                                 )
17
18
19       The defendant has been convicted for receipt and distribution
20  of images of minors engaged in sexually explicit conduct under 18
21  U.S.C. § 2252(a)(2).  Two victims have filed claims for
22  restitution.  The court entered a judgement on September 25, 2009,
23  with a reservation of the issues related to mandatory restitution.
24  A hearing has been scheduled for October 5, 2009.
25       The parties have reached an agreement on the issues of
26  restitution.  They agree that the defendant is required to pay
27  restitution under the authority of 18 U.S.C. § 2259(a)(4)(B).
28  They also agree that, based on the facts unique to this case, the
```

1

defendant shall pay restitution in the amount of $3,000.00 to victim "Amy" of the "Misty" series of child pornography.  The defendant shall pay restitution in the amount of $5,0000.00 to victim "Vicky" of that series of child pornography.  The court orders these lump sum payments due immediately and payable as follows:

For "Amy," payment is to be made payable and sent to:

The Marsh Law Firm PLLC

Client Trust Account and remitted by one of the following methods:

    1. Wire transfer,
    2. Attorney trust check subject to collection,
    3. Official bank check drawn on any federally insured
       financial institution which maintains a branch in White
       Plains, New York, or
    4. United States government check.

For tracking purposes you can include "FBO Amy the victim in the Misty series of child pornography."

Bank Information

The Marsh Law Firm PLLC
Client Trust Account
c/o JPMorgan Chase Bank
1350 Boston Post Rd
Larchmont NY 10538-3906

Routing Number 021000021
Account Number 763514270

Tax ID 26-1596355

Payments should be sent to the following address
The Marsh Law Firm PLLC
81 Main St Ste 305
White Plains NY 10601-1719

For "Vicky," payment is to be made payable and sent to:

    Carol Hepburn
    2722 Eastlake Avenue E
    Suite 200
    Seattle, WA 98102

```
                                        Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney

Dated: September 30, 2009          By: /s/ David L. Gappa
                                       DAVID L. GAPPA
                                       Assistant U.S. Attorney

Dated: September 30, 2009          By: /s/ Robert Rainwater
                                       ROBERT RAINWATER
                                       Attorney for Michael Maier
```

1
2
3
4          UNITED STATES DISTRICT COURT FOR THE
5              EASTERN DISTRICT OF CALIFORNIA
6
7  UNITED STATES OF AMERICA,      )    CR. NO. F-08-00103 AWI
                                  )
8             Plaintiff,          )    ORDER REGARDING MANDATORY
                                  )    RESTITUTION
9       v.                        )
                                  )
10                                )    HON:    Anthony W. Ishii
   MICHAEL MAIER,                 )
11                                )
                                  )
12            Defendant.          )
   ───────────────────────────────)
13
14
15      The defendant has been convicted for receipt and distribution
16 of images of minors engaged in sexually explicit conduct under 18
17 U.S.C. § 2252(a)(2).  Two victims have filed claims for
18 restitution.  The court entered a judgement on September 25, 2009,
19 with a reservation of the issues related to mandatory restitution.
20 A hearing has been scheduled for October 5, 2009.
21      The parties have reached an agreement on the issues of
22 restitution.  They agree that the defendant is required to pay
23 restitution under the authority of 18 U.S.C. § 2259(a)(4)(B).
24 They also agree that, based on the facts unique to this case, the
25 defendant shall pay restitution in the amount of $3,000.00 to
26 victim "Amy" of the "Misty" series of child pornography.  The
27 defendant shall pay restitution in the amount of $5,0000.00 to
28 victim "Vicky" of that series of child pornography.  The court

                                  4

orders these lump sum payments due immediately and payable as follows:

    For "Amy," payment is to be made payable and sent to:

The Marsh Law Firm PLLC

Client Trust Account and remitted by one of the following methods:

    1. Wire transfer,
    2. Attorney trust check subject to collection,
    3. Official bank check drawn on any federally insured financial institution which maintains a branch in White Plains, New York, or
    4. United States government check.

For tracking purposes you can include "FBO Amy the victim in the Misty series of child pornography."

Bank Information

The Marsh Law Firm PLLC
Client Trust Account
c/o JPMorgan Chase Bank
1350 Boston Post Rd
Larchmont NY 10538-3906

Routing Number 021000021
Account Number 763514270

Tax ID 26-1596355

Payments should be sent to the following address

The Marsh Law Firm PLLC
81 Main St Ste 305
White Plains NY 10601-1719

    For "Vicky," payment is to be made payable and sent to:

    Carol Hepburn
    2722 Eastlake Avenue E
    Suite 200
    Seattle, WA 98102

**ORDER**

IT IS SO ORDERED.

**Dated:   September 30, 2009**          /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE